UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LENARD SHOEMAKER on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs<br><br>TOYOTA MOTOR NORTH AMERICA, INC., and TOYOTA MOTOR CORPORATION,<br><br>    Defendants. | CIVIL NO. 3:20-cv-00869-RDM<br><br>**JOINT ORDER LIFTING STAY AND TRANSFER CASE TO THE EASTERN DISTRICT OF NEW YORK** |

**THIS MATTER** having been brought before the Court by Morgan, Lewis & Bockius LLP, attorneys for Defendant Toyota Motor North America, Inc., and the attorneys for Plaintiff, for an Order lifting the stay in this Action and granting transfer of this case to the United States District Court for the Eastern District of New York;

IT IS on this 15th day of SEPTEMBER, 2020

**ORDERED** that the Joint Motion to Lift the Stay and Transfer to the Eastern District of New York is hereby GRANTED, the Clerk is hereby directed to transfer this case to that district, and it is

**FURTHER ORDERED** that a copy of this Order be served upon all counsel of record within 7 days of the date hereof.

ROBERT D. MARIANI, U.S.D.J.